MICHAEL A. WALLIN, Cal. Bar No. 240344
WALLIN & RUSSELL LLP
26000 Towne Centre Drive, Suite 130
Foothill Ranch, California 92610
Telephone: 949-652-2200
Facsimile: 949-652-2210
mwallin@wallinrussell.com

Attorneys for Judgment Creditor
BLUE LINE FOODSERVICE
DISTRIBUTION, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LINE FOODSERVICE DISTRIBUTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMERCIALIZADORA NERYS DE MEXICO S.A. DE C.V.; and NERY'S USA INC., <br><br> Defendants. | Case No. 3:21-mc-00124 <br><br> **STIPULATION TO CONTINUE EXAMINATION OF JOHN CATHCART** <br><br> <u>Current Examination</u> <br><br> Date: April 21, 2021 <br> Time: 10:00 a.m. <br><br> <u>Proposed Continued Examination</u> <br><br> Date: May 12, 2021 <br> Time: 10:00 a.m. |

-1-

## STIPULATION

Judgment creditor Blue Line Foodservice Distribution, Inc. ("Creditor"), on the one hand, and examinee John Cathcart ("Cathcart") on the other hand, enter into this Stipulation with reference to the following facts:

1. On April 5, 2021, the Court entered its Order Granting Request for Judgment Debtor Examination (the "Exam Order"). *See* Docket No. 4.

2. The Exam Order requires John Cathcart to appear for examination on April 21, 2021 at 10:00 a.m.

3. Mr. Cathcart recently engaged counsel to represent him in this matter.

4. Mr. Cathcart has requested that his examination be postponed.

5. Creditors and Mr. Cathcart are agreeable to continuing the examination of Mr. Cathcart to May 12, 2021 at 10:00 a.m.

Based on the foregoing, Creditor and Cathcart hereby stipulate as follows:

1. The examination of John Cathcart should be continued from April 21, 2021 to May 12, 2021 at 10:00 a.m.

2. On the continued examination date, John Cathcart must appear and submit to a judgment debtor examination to be held via Zoom or equivalent video technology.

[SIGNATURES ON FOLLOWING PAGE]

**SO STIPULATED:**

Dated:  April 20, 2021

WALLIN & RUSSELL LLP

By _____

MICHAEL A. WALLIN

Attorneys for Judgment Creditor
BLUE LINE FOODSERVICE DISTRIBUTION, INC.

Dated:  April 20, 2021

PARSONS BEHLE & LATIMER

By _____

ZACHARY S. SHEA

Attorneys for John Cathcart

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange; I am over the age of eighteen years and not a party to the within entitled action; my business address is 26000 Towne Centre Drive, Suite 130, Foothill Ranch, CA 92610.

On April 20, 2021, I served a true and correct copy of the following document(s), entitled: **STIPULATION TO CONTINUE EXAMINATION OF JOHN CATHCART** on the interested parties in this action in the manner described as follows:

Zachary Shea, Esq.
Parsons Behle & Latimer
50 West Liberty Street
Suite 750
Reno, Nevada 89501
Attorneys for John Cathcart

John Cathcart
325 7th Avenue
Unit 212
San Diego, CA 92101
Examinee

Nery's USA, Inc.
c/o James Burau
916 Southwood Boulevard
Incline Village, NV 89451
Judgment Debtor

Comercializadora Nerys De Mexico S.A. De C.V.
774 Mays Boulevard
Suite 10-450
Incline Village, NV 89451
Judgment Debtor

☒ BY MAIL: By placing the copy listed above in an envelope with postage thereon fully prepaid, addressed as set above, and then sealing the envelope and depositing it at Foothill Ranch, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the delivery service on that same day with postage thereon fully prepaid at Foothill Ranch, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 20, 2021 at Foothill Ranch, California.

_____
Michael Wallin

-1-