SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JACK BURNS, Cal. Bar No. 290523
jburns@sheppard.com
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619-338-6588
Facsimile:  619-234-3815

Attorneys for Plaintiff
BLUE LINE FOOD SERVICE
DISTRIBUTION, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LINE FOODSERVICE DISTRIBUTION, INC. <br><br> Plaintiff, <br><br> v. <br><br> COMERCIALIZADORA NERYS DE MEXICO S.A. DE C.V.; and NERY'S USA INC., <br><br> Defendants. | 3:21-mc-00124 <br><br> **NOTICE OF APPEARANCE OF JACK BURNS AS COUNSEL FOR BLUE LINE FOOD SERVICE DISTRIBUTION, INC.** |

-1-

Case No. 3:21-MC-00124

NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** John ("Jack") Burns of the law firm Sheppard, Mullin, Richter & Hampton LLP, who is permitted to practice in this District, hereby appears as counsel of record on behalf of Plaintiff, Blue Line Foodservice Distribution, Inc. Effective immediately, please add Jack Burns as an attorney to be noticed on all matters at the following address:

Jack Burns
Sheppard, Mullin, Richter & Hampton LLP
501 West Broadway, 18th Floor
San Diego, CA  92101
Tel. (619) 338-6588
Email:  jburns@sheppard.com

Dated:  April 21, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
JACK BURNS

Attorneys for Plaintiff
BLUE LINE FOOD SERVICE
DISTRIBUTION, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2026, I caused the electronic filing of the foregoing papers with the Clerk of the Court using the court's electronic filing system, which will send notification of such filing to all counsel of record.

*/s/ Jack Burns*
Jack Burns

Case No. 3:21-MC-00124
NOTICE OF APPEARANCE